UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| BARNARD M. JACKSON [A795108], | : | Case No. 3:24-cv-00254 |
| Petitioner, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| SHELBIE SMITH, WARDEN, BELMONT CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ORDER CONCERNING MAIL FROM THIS COURT

Petitioner, a prisoner in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC"), is seeking habeas corpus relief in this Court. With respect to the Court's mail to Petitioner, the undersigned United States Magistrate Judge hereby **ORDERS** the ODRC and its employees and staff to adhere to Paragraph 24 of the Stipulated Order Regarding Legal Mail from Federal Courts. *See Allah v. Chambers-Smith*, Case No. 2:22-cv-00021-EAS-KAJ (S.D. Ohio, June 25, 2024). That is, they "shall consider and treat all mail sent from federal courts to [Petitioner] as legal mail, whether or not the mail has a control number, and said mail sent from federal courts shall be processed and handled as legal mail under ODRC Policy No. 75-MAL-03." *Id*.

The Clerk of Court is **DIRECTED** to serve this Order on the Mailroom Supervisor at the institution where Petitioner is confined.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Caroline H. Gentry*
　　　　　　　　　　　　　　　　　　　　　　　　CAROLINE H. GENTRY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge